# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STACY TONGATE, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) TOYS "R" US, INC. d/b/a BABIES "R" US, and ) TOYS "R" US-DELAWARE, INC., ) ) Defendants. ) | Case 1:15-cv-02286 Hon. Amy J. St. Eve |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed, by and between Plaintiff Stacy Tongate and Defendants Toys "R" Us, Inc. and Toys "R" Us-Delaware, Inc. d/b/a Babies "R" Us through undersigned counsel, that: (a) this action is dismissed with prejudice as to the named plaintiff Stacy Tongate, and without prejudice as to all absent members of the alleged putative class with all parties to bear their own costs and fees, including but not limited attorneys' fees; and (b) the Court retain jurisdiction to enforce the terms of the Parties written settlement Agreement and Release.

STIPULATED AND AGREED:

| | |
|---|---|
| CHICAGO, ILLINOIS<br>JULY 9, 2015 | PHILADELPHIA, PENNSYLVANIA<br>JULY 9, 2015 |
| By: s/ Joseph J. Siprut<br>Joseph J. Siprut<br>SIPRUT PC<br>17 North State Street<br>Suite 1600<br>Chicago, Illinois 60602<br><br>Attorney for Plaintiff<br>Stacy Tongate | By: s/ Gregory T. Parks<br>Gregory T. Parks<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, Pennsylvania 19103 |

        Kenneth M. Kliebard
        Tedd M. Warden
        MORGAN, LEWIS & BOCKIUS LLP
        77 West Wacker Drive, Suite 500
        Chicago, Illinois 60601

        Attorneys for Defendant Toys "R" Us-Delaware, Inc.

4828-4453-0981, v. 1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Stipulation of Voluntary Dismissal** was filed electronically with the Clerk of the Court using the CM/ECF system on this 9th day of July, 2015 and served electronically on all counsel of record.

/s Joseph J. Siprut